AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DOWGE INTERNATIONAL DEVELOPMENT, LTD.<br><br>*Plaintiff(s)*<br>v.<br>ALBERT BARNATHAN, individually and as trustee of Joseph And Sophia Barnathan 2012 Irrevocable Trust<br><br>*Defendant(s)* | Civil Action No.  24-cv-4227 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALBERT BARNATHAN, individually and as trustee of Joseph And Sophia Barnathan 2012 Irrevocable Trust

2174 E 4th St, Brooklyn, NY 11223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zheng "Andy" Liu
1660 S Amphlett Blvd Suite 315 San Mateo, CA 94402
Telephone: 650.475.6289
Email: Andy.liu@aptumlaw.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
CLERK OF COURT

Date: 6/17/2024

*Shirley Mora*
Signature of Clerk or Deputy Clerk