UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOWGE INTERNATIONAL DEVELOPMENT, LTD.

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

__24__ Civ. __4227__ (__DG__) (__JRC__)

- against -

**AFFIRMATION OF SERVICE**

ALBERT BARNATHAN,

individually and as trustee of Joseph

And Sophia Barnathan 2012 Irrevocable Trust

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) __Zheng Liu__, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*):

Clerk's Certificate of Default; Plaintiff's Notice of Motion and Motion for Default Judgment; Memorandum of Points and Authorities ISO Motion for Default Judgment; Supporting Declaration of Zheng Liu; Statement of Damages; Proposed Default Judgment

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) __USPS Mail__ to the following persons (*list the names and addresses of the people you served*):

ALBERT BARNATHAN

2174 E 4th St, Brooklyn, NY 11223

on (*date you served the document(s)*) __Septmeber 26, 2024__.

September 26, 2024
Dated

/s/ Zheng Liu
Signature

1660 S Amphlett Blvd, Suite 350
Address

San Mateo CA
City, State

94402
Zip

650-475-6289
Telephone Number

andy.liu@aptumlaw.us
E-Mail Address

*Rev. 01/2013*